374 A.2d 733

Wilson Appeal.

Argued March 24, 1977.
Ellen Josephson, for appellant; Brett A. Schlossberg, George R. Scioli, and Alice Tuohy O'Shea, for appellees.

Orders affirmed.